IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



FILED
AUG 16 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

KACI SMITH,

Plaintiff,

v.

CITIZENS AND FARMERS BANK

and

TERRY ANG,

Defendants.

Case No.: 3:13CV550

Removed From:

Circuit Court for the County

of Henrico, Virginia

**DEFENDANT CITIZENS AND FARMERS BANK'S
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

1. Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Citizen and Farmers Bank in the above-captioned action, certifies that the following are parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Citizens & Farmers Bank is wholly-owned by C&F Financial Corporation. C&F Financial Corporation is publically-traded on NASDAQ under the symbol "CFFI".

Respectfully submitted,

**CITIZENS AND FARMERS BANK**

_____/s/ Jack W. Burtch_____
Jack W. Burtch, Jr. (VSB No. 18217)
Douglas R. Burtch (VSB No. 65316)
Macaulay & Burtch, P.C.
1015 East Main Street
PO Box 8088 (use for mail)
Richmond, Virginia 23219
Tel: 804.649.4009
Fax: 804.649.3854
jburtch@macbur.com
dburtch@macbur.com

*Counsel for Defendant Citizens and Farmers Bank*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this *16th* day of August 2013, a copy of the foregoing Rule 7.1 Disclosure Statement was served by facsimile and first-class United States mail upon the following counsel of record:

David R. Simonsen, Jr., Esquire
Vickey A. Verwey, Esquire
*Attorneys for Plaintiff Kaci Smith*
8003 Franklin Farms Drive, Suite 131
Richmond, VA 23229-5107

/s/ Jack W. Burtch
Jack W. Burtch, Jr. (VSB No. 13217)
Douglas R. Burtch (VSB No. 65316)
Macaulay & Burtch, P.C.
1015 East Main Street
P.O. Box 8088 (use for mail)
Richmond, Virginia 23223-0088
Telephone: 804.649.4009
Facsimile: 804.649.3854
jburtch@macbur.com
dburtch@macbur.com

*Counsel for Defendant Citizens and Farmers Bank*

3